# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-3215

———————

Jennie D. Rhodes,       *

         *

       Appellant,      *

         *    Appeal from the United States

    v.          *    District Court for the

         *    Eastern District of Missouri.

Michael J. Astrue, Commissioner of      *

Social Security,      *    [UNPUBLISHED]

         *

       Appellee.      *

———————

Submitted: May 6, 2010
Filed: May 12, 2010

———————

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

———————

PER CURIAM.

Jennie Rhodes appeals from the order of the District Court[1] affirming the Social Security Commissioner's decision—issued after a hearing before an administrative law judge (ALJ) and consistent with the ALJ's decision—denying Rhodes's May 2005 application for supplemental security income. Following careful de novo

———————

[1]The Honorable Jean C. Hamilton, United States District Court Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri.

review, see <u>Halpin v. Shalala</u>, 999 F.2d 342, 345–46 (8th Cir. 1993) (explaining that court of appeals reviews mixed questions of law and fact de novo, even where claimant failed to object to the magistrate judge's factual findings), we conclude that the Commissioner's decision is supported by substantial evidence on the record as a whole, see <u>Tilley v. Astrue</u>, 580 F.3d 675, 679 (8th Cir. 2009) (noting that affirmance is warranted where the ALJ's decision is supported by substantial evidence on the record as a whole).

      Accordingly, we affirm.

_____